CRIMINAL COMPLAINT
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Riley James Jarman** DOB: 2000; United States | DOCKET NO. **21-05771MJ** |
| | MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

**COUNT 1 (Felony)** On or about May 1, 2021, in the District of Arizona, **Riley James Jarman**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Rigoberto Flores-Barrera and Antonio Cruz-Ortiz, and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**COUNT 2 (Felony)** On or about May 1, 2021, in the District of Arizona, **Riley James Jarman**, knowing and in reckless disregard of the fact that certain illegal aliens, including Rigoberto Flores-Barrera and Antonio Cruz-Ortiz, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On or about May 1, 2021, in the District of Arizona, a United States Border Patrol Agent (BPA) operating a camera, saw a gold 2001 Chevrolet Tahoe enter the town of Lochiel Arizona, a town near the U.S. border. The Tahoe used a common smuggling route in the San Rafael Valley south of Sonoita, AZ and spent only approximately five minutes in Lochiel. The Tahoe also had an unreadable paper license plate. BPAs responded and saw the Tahoe at the Harshaw Ave/Harshaw Creek Rd. The Tahoe slowed down due to a one lane bridge and gave the BPA an opportunity to look at the driver and passenger, both were wearing red shirts. The driver was wearing a Boonie/Bucket type hat. The BPA followed the Tahoe and activated his emergency lights. The Tahoe initially stopped and then accelerated. The BPA attempted to catch up but were told by a supervisor to terminate the pursuit. The BPA ended the pursuit and lost sight of the Tahoe. The BPA then noticed in the distance what appeared to be a large cloud of dust or smoke and went to investigate. The Tahoe had lost control and crashed near a populated area. Several subjects jumped out of the crashed vehicle and ran north. Three subjects were eventually arrested including the driver **Riley James Jarman**, an adult USC passenger, and one noncitizen passenger. **Jarman** had a boonie hat in his cargo pocket and was wearing a red shirt at the time he was arrested. Five passengers remained inside the Tahoe who admitted they were in the U.S. illegally. Two passengers were identified as Rigoberto Flores-Barrera and Antonio Cruz-Ortiz.

Records checks revealed that Rigoberto Flores-Barrera and Antonio Cruz-Ortiz did not have the proper immigration documentation to enter or remain in the U.S. legally. Flores was previously removed from the U.S. on May 4, 2020 and Cruz on October 14, 2009.

In a post-*Miranda* statement, **Jarman** said he smoked marijuana earlier in the day. **Jarman** said two days prior he met a male subject named "H who presented him with an opportunity to make money. H contacted **Jarman** who told him he would be picking up noncitizens and will be paid $5,000 USD for completing the job. **Jarman** met H at a tag registration business on a previous day. **Jarman** is from Minnesota and only had a Minnesota issued identification. The Tahoe was registered under **Jarman**'s name but to an address in Tucson.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>        Being duly sworn, I declare that the foregoing is<br>        true and correct to the best of my knowledge.<br>AUTHORIZED BY:   AUSA JAA/rij | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| **Sworn by telephone  x** | |
| SIGNATURE OF MAGISTRATE JUDGE<sup>1)</sup> *Lynnette C. Kimmins* | DATE<br>May 3, 2021 |

<sup>1)</sup> See Federal rules of Criminal Procedure Rules 3, 4.1, and 54